IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-CR-138-D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | ORDER |
| ) | |
| RAHEIN SAEKWAN LITTLE, ) | |
| ) | |
| Defendant. ) | |

Defendant was not a zero-point offender. See [D.E. 217] ¶¶ 43–46. Thus, defendant was not eligible for treatment as a zero-point offender. Cf. [D.E. 289].

SO ORDERED. This 18 day of September, 2025.

JAMES C. DEVER III
United States District Judge