# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION
#### No. 5:22-CR-138-D

UNITED STATES OF AMERICA,      )
     )
         v.      )
     )          **ORDER**
RAHEIN SAEKWAN LITTLE,      )
     )
         Defendant.      )

The United States SHALL respond to defendant's motion to reduce sentence [D.E. 298] not later than June 30, 2026.

SO ORDERED. This 19 day of May, 2026.

JAMES C. DEVER III
United States District Judge